# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153230

In re FIELDS

_____

CEDRIC FIELDS,

     Plaintiff-Appellant,

v

WAYNE CIRCUIT COURT,

     Defendant-Appellee.

_____

SC: 153230
COA: 328777

     On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of February 26, 2016, the Clerk of the Court is hereby directed to close this file.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2016

jam

Clerk